# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 168 WAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| AARON ERNEST JOHNSON, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 169 WAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| AARON ERNEST JOHNSON, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.